**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS KASCHAK, | ) | 1:08-cv-0942 OWW |
| | ) | |
|        Plaintiffs, | ) | ORDER STAYING CASE AFTER |
| | ) | FURTHER SCHEDULING |
|  v. | ) | CONFERENCE |
| | ) | |
| SLUE RAILSBACK, | ) | |
| | ) | |
|        Defendant. | ) | |
| | ) | |

**I.   Date of Scheduling Conference.**

    May 27, 2010.

**II.  Appearances Of Counsel.**

    James Rowe, Esq., appeared on behalf of Plaintiff.

    Stephen C. Pass, Esq., appeared on behalf of Defendant.

**III. Status of Case.**

    1.   Since the last Scheduling Order, Plaintiff, Thomas Kaschak's criminal trial has concluded in a mistrial, based upon the inability of the jury to reach unanimous verdict.

    2.   The parties believe the criminal case is set for retrial in July, 2010.  The stay previously in effect will be reinstated.

    3.   The parties shall notify the Court upon disposition of

1

the criminal case and shall file a supplemental Joint Scheduling Statement proposing a final schedule for the resolution of this case.

IT IS SO ORDERED.

Dated:   May 27, 2010                            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE