# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KASCHAK, | CASE NO. CV F 08-0942 LJO SKO |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER |
| vs. | |
| CALIFORNIA FRANCHISE TAX BOARD, et al., | |
| Defendants.     / | |

This Court's October 27, 2011 order required the parties to file a status report within 20 days. The parties have failed to file a status report to comply with the October 27, 2011 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than February 10, 2012, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to comply with the October 27, 2011 order. This order to show cause will be discharged if, no later than February 10, 2012, papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   February 3, 2012**             /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE