KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Senior Assistant Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendant Slue Railsback*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHELLE RIVAS and THOMAS KASCHAK,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FRANCHISE TAX BOARD, et al.,**<br><br>Defendants. | 1:08-CV-00942 LJO SKO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>Action Filed: |

Plaintiff, Thomas Kaschak, by his counsel, and Defendant, Slue Railsback, by her counsel, hereby stipulate and agree to the dismissal of the above captioned matter in its entirety without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This Stipulation and Proposed Order is being filed by Defendant at the request of Plaintiff's attorney, James R. Rowe.

/ / /

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | Dated:  February 7, 2012 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | STEVEN M. GEVERCER<br>Senior Assistant Attorney General |
| 4 | | |
| 5 | | /s/Stephen C. Pass |
| 6 | | STEPHEN C. PASS<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Slue Railsback* |

Dated:  February 7, 2012          */s/ James R. Rowe*
                                   James R. Rowe
                                   The Law Firm of Rowe & Associates
                                   100 North LaSalle St., Suite 1010
                                   Chicago, Illinois, 60602
                                   (312) 345-1357
                                   *Attorneys for Plaintiff Thomas Kaschak*

 Based on the parties' stipulation, this Court DISMISSES without prejudice this entire action and VACATES all pending matters and dates.  This Court further DISCHARGES its February 3, 2012 order to show cause and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

 Dated:  **February 8, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2